UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JERMAIN MARVIN ALEXANDER,

      Defendant.
_____/

Case No. 1:06:CR:312

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed February 2, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Jermain Marvin Alexander's plea of guilty to Count One of the Indictment is accepted. Defendant Jermain Marvin Alexander is adjudicated guilty.

Dated: March 2, 2007

          /s/ Gordon J. Quist
          GORDON J. QUIST
          UNITED STATES DISTRICT JUDGE